# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:    MARC BOVY & JAMIE A. PAGE                    Case Number: 08-71629
          8530 N. CREEK ROAD                    SSN-xxx-xx-4801 & xxx-xx-7422
          ROSCOE, IL  61073

                                                        Case filed on:            5/23/2008
                                                        Plan Confirmed on:
                            X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,980.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 2,725.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,725.00 | 0.00 |
|  |  |  |  |  |  |
| 007 | ADLER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | 17TH JUDICIAL CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NATIONAL ARBITRATION FORUM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | 17TH JUDICIAL CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNIFUND CCR PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 005 | INTERNAL REVENUE SERVICE | 1,319.65 | 1,319.65 | 0.00 | 0.00 |
|  | Total Priority | 1,319.65 | 1,319.65 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | MARC BOVY | 0.00 | 0.00 | 3,027.67 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,027.67 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 23,682.03 | 0.00 | 0.00 | 0.00 |
| 002 | NATIONAL CITY BANK | 30,482.81 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK NA | 2,035.09 | 2,035.09 | 0.00 | 0.00 |
| 004 | HSBC NEVADA | 7,522.00 | 7,522.00 | 0.00 | 0.00 |
|  | Total Secured | 63,721.93 | 9,557.09 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 005 | INTERNAL REVENUE SERVICE | 91.04 | 22.76 | 0.00 | 0.00 |
| 006 | CACV OF COLORADO LLC | 11,216.01 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 6,236.89 | 1,559.22 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 12,339.67 | 3,084.92 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 15,999.43 | 3,999.86 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 14,192.98 | 3,548.25 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 19,533.39 | 4,883.35 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 20,273.02 | 5,068.26 | 0.00 | 0.00 |
| 017 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PORTFOLIO RECOVERY ASSOCIATES | 13,200.37 | 3,300.09 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 10,866.01 | 2,716.50 | 0.00 | 0.00 |
|  | Total Unsecured | 123,948.81 | 28,183.21 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 192,490.39 | 42,559.95 | 5,752.67 | 0.00 |

Total Paid Claimant:      $5,752.67
Trustee Allowance:        $227.33            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00        discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

        Report Dated:

                                                _/s/ Lydia S. Meyer_____
                                              Lydia S. Meyer, Trustee

        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

        Dated at Rockford, IL  on _03/26/2009_            By  _/s/Heather M. Fagan_